IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

SEP 1 3 2017

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CRIMINAL NO. _____ |
| § | **17 CR 5 5 8** |
| ANDREW CECIL EARHART SCHNECK, § | |
| DEFENDANT § | |
| § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

*(Attempt to Maliciously Damage Property Receiving Federal Financial Assistance- 18 U.S.C. 844(f)(1) and (2)*

On or about August 19, 2017, in the Southern District of Texas, and elsewhere, and within the jurisdiction of the Court, the defendant,

**Andrew Cecil Earhart Schneck,**

did maliciously attempt to damage and destroy real and personal property owned and possessed by an organization and institution that receives federal financial assistance by means of fire and an explosive, and, as a result of such conduct, created

a substantial risk of injury to any person, in violation of Title 18, United States Code, Section 844(f)(1) and (2).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

By: _____
    Ralph Imperato
    S. Mark McIntyre
    Assistant United States Attorneys
    Southern District of Texas
    (713) 567-9000