UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                         Case Number: 4:17−cr−00558

Andrew Cecil Earhart Schneck

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Ewing Werlein, Jr

**PLACE:**
Courtroom 11D
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:**  3/27/2018

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date:   March 8, 2018

David J. Bradley, Clerk